Núm. 179.—MONTANER, ADMOR., recurrente, v. COMISIÓN INDUSTRIAL DE PUERTO RICO, dmdada., y MALDONADO, ETC., peticionarios ante la Comisión.— Enero 16, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, los hechos en el caso de autos son prácticamente idénticos a los del caso núm. 178, *Ramón Montaner, etc.,* v. *Comisión Industrial de Puerto Rico, etc.,* resuelto en esta misma fecha (ante, pág. 900), se confirma la resolución recurrida dictada en julio 6, 1939, por la Comisión Industrial de Puerto Rico en el caso núm. C. I. 5695, Julio Rodríguez Zayas, lesionado, Luce & Company, S. en C., patrono, Fondo del Seguro del Estado, asegurador.